**Joe PIAZZA, Jr., Plaintiff–Appellant,**

v.

**FEDERAL BUREAU OF PRISONS; et al., Defendants–Appellees.**

**No. 11–55621.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 27, 2012.

Joe Piazza, Jr., Safford, AZ, pro se.

Jason K. Axe, Assistant U.S., USLA–Office of the U.S. Attorney, Los Angeles, CA, for Defendants–Appellees.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Joe Piazza, Jr., appeals pro se from the district court's judgment dismissing his action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999,

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

29 L.Ed.2d 619 (1971) and the Federal Torts Claim Act alleging constitutional violations. We dismiss.

We lack jurisdiction to consider Piazza's challenges to the underlying judgment because Piazza failed to file a timely notice of appeal as to the underlying judgment. *See* Fed. R.App. P. 4(a) (notice of appeal must be filed within sixty days after judgment if one of the parties is the United States); *see also Munden v. Ultra–Alaska Assocs.*, 849 F.2d 383, 386 (9th Cir.1988) (the appellate court will not "strain to characterize artificially" a postjudgment filing "merely to keep the appeal alive").

**DISMISSED.**